**Note: Changes Made By Court**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR VELIKANOV,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNION SECURITY INSURANCE COMPANY,<br><br>    Defendant. | Case No. **2:07-cv-06871-FMC-JCx**<br><br>FINAL JUDGMENT IN A CIVIL CASE<br><br>[Complaint Filed October 23, 2007] |

This matter came to Trial before the Court on the Administrative Record. The issues have been tried and heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

    1.    Based on the Court's Order on Administrative Review and the Findings of Fact, Plaintiff IGOR VELIKANOV ("Plaintiff") shall have judgment against defendant UNION SECURITY INSURANCE COMPANY ("Defendant") for recovery of unpaid long term disability benefits under the Capstone Turbine Corporation Long Term Disability Plan ("LTD Plan"), for a period of at least ninety (90) days after Plaintiff ceased working on April 15, 2005;

    2.    Plaintiff's claim for benefits beyond the 90-day period is remanded to Defendant for distribution of benefits in accordance with the Court's Order dated July 28, 2009;

3. Pursuant to the LTD Plan's terms, no benefits are payable for the first 90 days an insured is disabled and, therefore, no benefits are payable to Plaintiff for the 90-day period after Plaintiff ceased working on April 15, 2005;

4. To the extent Defendant requires anything further from Plaintiff for the continuation of benefits under the LTD Plan, Defendant shall make written request to Plaintiff and provide all requisite forms and information pursuant to the terms of the LTD Plan; and

5. Within forty-five (45) days of the entry of this Judgment, Plaintiff, as the prevailing party, may move for an award of attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 28, 2009   _____
                       HON. FLORENCE-MARIE COOPER
                       UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**



103428.1

2

[PROPOSED] FINAL JUDGMENT IN A CIVIL CASE